UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**KRISTI MCALPIN,**
individually and on behalf of all others similarly situated,

CASE NO. 25-cv-621

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**LIVING PROOF HEALTH INSURANCE AGENCY LLC**

Defendant.
_____/

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: April 1, 2025

PLAINTIFF, on behalf of herself and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100