UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTI McALPIN, individually and on behalf Of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LIVING PROOF HEALTH INSURANCE AGENCY, LLC<br><br>*Defendant*. | Case No: 1:25-cv-00621-SEB-CSW |

**JOINT MOTION TO AMEND CASE SCHEDULING**

Plaintiff Kristi McAlpin and Defendant Living Proof Health Insurance Agency, LLC (collectively, the "Parties") jointly move to reset the initial pre-trial conference and deadline to submit the Parties' proposed case management plan. In support of this motion, the Parties state:

1. Ms. McAlpin filed her Complaint on March 31, 2025. [Filing No. 1.]

2. Living Proof filed its Answer on May 19, 2025. [Filing No. 10.]

3. On May 13, 2025, the Court entered an order setting the initial pre-trial conference for July 7, 2025. [Filing No. 9.]

4. As part of that Order, the Court directed the parties to file their proposed case management plan seven days before the pretrial conference. [Filing No. 9.]

5. In the time since the Court's Order and Living Proof's Answer, the Parties have engaged in meaningful settlement discussions.

6. The Parties jointly desire to pursue those discussions in earnest without incurring the costs and fees associated with litigation.

7. The Parties request a period of fourteen days to work to resolve this litigation.

8. The Parties therefore ask that the Court vacate the July 7, 2025 initial pre-trial conference and re-set the initial pre-trial conference at some point after July 21, 2025, at the Court's convenience.

9. If this motion is granted and the Parties are unsuccessful in their efforts to resolve this case, they will submit a proposed case management plan at least seven days before the re-set initial pre-trial conference.

10. This motion is not made for purposes of delay, but instead to allow the Parties a chance to focus their efforts and resources on resolving this dispute without Court involvement.

WHEREFORE, the Parties jointly ask the Court to vacate the July 7, 2025 initial pre-trial conference to allow them time to work toward settlement, and for all other just and proper relief.

Dated: July 1, 2025

| | |
|---|---|
| */s/ Anthony Paronich (with permission)* | */s/ Mitch Tanner* |
| Anthony Paronich (#678437) | J. Mitchell Tanner (#35905-49) |
| PARONICH LAW, P.C. | TAFT STETTINIUS & HOLLISTER, LLP |
| 350 Lincoln St., Ste. 2400 | One Indiana Square, Suite 3500 |
| Hingham, MA 02043 | Indianapolis, IN 46204 |
| T: 617-485-0018 | T: 317-713-3500 |
| F: 508-318-8100 | F: 317-713-3699 |
| anthony@paronichlaw.com | mtanner@taftlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing document with the Court using its electronic filing system, which provided notice to all counsel of record.

                                                  /s/ Mitch Tanner
                                                  J. Mitchell Tanner