UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTI McALPIN, individually and on behalf Of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LIVING PROOF HEALTH INSURANCE AGENCY, LLC<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No: 1:25-cv-00621-SEB-CSW<br>)<br>)<br>)<br>)<br>) |

**ORDER RESETTING INITIAL PRE-TRIAL CONFERENCE**

The Parties have jointly moved to vacate and reset the initial pre-trial conference to allow them time to continue ongoing settlement discussions. The Court, being duly advised, finds that the Motion, [Filing No. 12] should be GRANTED.

IT IS THEREFORE ORDERED that the July 7, 2025 initial pre-trial conference is VACATED and RESET for _____ at ____ before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by the parties to participate in this conference call shall be provided by separate notification. All other instructions from the Court's prior Order, [Filing No. 9], shall apply to the reset initial pre-trial conference.

SO ORDERED.

Date: _____                    _____
                                          Magistrate Judge, Southern District of Indiana

Distribution via ECF only to all counsel of record.