UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTI MCALPIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00621-SEB-CSW |
| | ) |
| LIVING PROOF HEALTH INSURANCE AGENCY LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER RESETTING INITIAL PRE-TRIAL CONFERENCE**

The Parties have jointly moved to vacate and reset the initial pre-trial conference. The Court, being duly advised, finds that the Motion, should be **GRANTED**. (Dkt. 12).

**IT IS THEREFORE ORDERED** that the July 7, 2025, initial pre-trial conference is **VACATED** and **RESET** for **July 29, 2025, at 3:30 p.m., Indianapolis time (EST)**, before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by the parties to participate in this conference call has been previously provided at (Dkt. 11). All other instructions from the Court's prior Order, shall apply to the reset initial pre-trial conference. (Dkt. 9).

**SO ORDERED.**

Date: July 2, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.