UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTI McALPIN, individually and on behalf Of all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No: 1:25-cv-00621-SEB-CSW ) |
| LIVING PROOF HEALTH INSURANCE AGENCY, LLC | ) ) ) ) |
| *Defendant.* | ) |

## NOTICE OF SETTLEMENT

The parties file the notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: July 13, 2025

PLAINTIFF,
By her attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com