**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**KRISTI MCALPIN,**
 individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

**LIVING PROOF HEALTH**
**INSURANCE AGENCY LLC**

        Defendant.

_____/

**CASE NO. 25-cv-621**


**JURY TRIAL DEMANDED**


## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed

without prejudice.


Dated: May 15, 2026        PLAINTIFF, on behalf of herself
        and others similarly situated,


        */s/ Anthony Paronich*
        Anthony Paronich
        Email:  anthony@paronichlaw.com
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone:  (617) 485-0018
        Facsimile:  (508) 318-8100


        */s/ Isaac Colunga*
        Isaac J. Colunga
        Email:  icolunga@taftlaw.com

Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Suite 2600
Chicago, Illinois 60601
Telephone:  (312) 836-4156