Acknowledged:

This action is hereby dismissed without prejudice.

Date: 5/18/2026

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

**KRISTI MCALPIN,**
 individually and on behalf of all
others similarly situated,

**CASE NO. 25-cv-621-SEB-CSW**

       Plaintiff,

**JURY TRIAL DEMANDED**

v.

**LIVING PROOF HEALTH
INSURANCE AGENCY LLC**

       Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: May 15, 2026

PLAINTIFF, on behalf of herself
and others similarly situated,

/s/ Anthony Paronich
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

/s/ Isaac Colunga
Isaac J. Colunga
Email:  icolunga@taftlaw.com